UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DANIEL LOPEZ,
    Plaintiff,
vs.

2850 TIGERTAIL INVESTMENT, LLC
and GAVAL COCONUT GROVE LLC
d/b/a KOKO,
    Defendants.

Case No.: 23-cv-24709-DPG

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, DANIEL LOPEZ, and Defendants, 2850 TIGERTAIL INVESTMENT, LLC and GAVAL COCONUT GROVE LLC d/b/a KOKO, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com

/s/Andrea E. Nieto
Andrea E. Nieto
Florida Bar No. 98039
Email: andrea.nieto@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Boulevard, Ste. 1900
Tampa, Florida 33602
(813) 318-5700 – Telephone
(813) 318-5900 – Facsimile
*Attorney for Defendant 2850 Tigertail Investments LLC*

s/ Alejandro I. Leiva
PETER R. SIEGEL
Florida Bar #988634
ALEJANDRO I. LEIVA
Florida Bar #118309
*Attorney for Defendant Gaval Coconut Grove*

GREENSPOON MARDER LLP
200 East Broward Boulevard
Suite 1800
Fort Lauderdale, FL 33301
Phone: (954) 491-1120
Fax: (954) 267-8027
Peter.Siegel@gmlaw.com
Alex.Leiva@gmlaw.com

s/ Marc Rapaport_____
Marc Rapaport (FBN: 100359)
Raphael J. Marjenberg (FBN: 1049298)
Cole, Scott & Kissane P.A.
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256
Telephone (786) 268-6793
Facsimile (305) 373-2294
Primary e-mail: marc.rapaport@csklegal.com
raphael.marjenberg@csklegal.com
Alternate: jennifer.walters@csklegal.com